UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 25-10719 -smr |
| § | | |
| GABRIELLE SINGLETON, § | | |
| § | | CHAPTER 7 |
| DEBTOR. § | | |

| | | |
|---|---|---|
| GABRIELLE SINGLETON, § | | |
| § | | |
| PLAINTIFF, § | | |
| § | | |
| v. § | | ADVERSARY NO. 25-1021-smr |
| § | | |
| UNITED STATES § | | |
| DEPARTMENT OF EDUCATION § | | |
| § | | |
| DEFENDANT. § | | |

### UNITED STATES OF AMERICA'S (DEPARTMENT OF EDUCATION) ANSWER TO PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

COMES NOW the United States of America, Department of Education, by and through the United States Attorney for the Western District of Texas, and files this Answer to Plaintiff's adversary complaint.

1. Admit.

2. Admit

3. Unable to admit or deny due to lack of knowledge.

4. Unable to admit or deny due to lack of knowledge.

5. Deny.

6. Unable to admit or deny due to lack of knowledge.

7. Unable to admit or deny due to lack of knowledge.

8. No response required.

        Respectfully submitted,

        JUSTIN SIMMONS
        UNITED STATES ATTORNEY

By: /s/*Steven B. Bass*
     STEVEN B. BASS
     Assistant United States Attorney
     903 San Jacinto Blvd., Suite 334
     Austin, Texas 78701
     (512) 916-5858/Fax (512) 916-5854
     Florida State Bar No. 767300
     Email Steven.Bass@usdoj.gov

     Counsel for the United States of America

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, a copy of the foregoing "UNITED STATES OF AMERICA'S (DEPARTMENT OF EDUCATION) ANSWER TO PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN" was served by the Court's electronic mail or by U.S. First Class Mail, postage prepaid, as indicated below:

Gabrielle Singleton
413 Swenson Farms Blvd. apt 1222
Pflugerville, TX 78660
*Via U.S. First Class Mail*

     /s/*Steven B. Bass*
     STEVEN B. BASS
     Assistant United States Attorney